UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
JOSEPH J. JAMES                              :
                                             :
                Plaintiff,                   :          **<u>ORDER</u>**
                                             :
                -against-                    :          03-CV-2366 (DLI)(SMG)
                                             :
GREATER BIBLEWAY TEMPLE INC.,                :
and HENRY ALLEN GIBBS,                       :
                                             :
                                             :
                Defendants.                  :
-------------------------------------------------------------x
-------------------------------------------------------------x
LOVANDA M. JONES                             :
                                             :
                Plaintiff,                   :
                                             :
                -against-                    :          03-CV-6437 (DLI)(SMG)
                                             :
GREATER BIBLEWAY TEMPLE INC.,                :
and HENRY ALLEN GIBBS,                       :
                                             :
                                             :
                Defendants.                  :
-------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

        It appearing that no objections have been filed to the Report and Recommendation of the
Honorable Steven M. Gold, U.S.M.J. dated September 6, 2005; and

        Upon consideration, the Report and Recommendation is hereby adopted in full.
Accordingly, it is hereby ORDERED that defendants' motion for summary judgment is granted as
to plaintiff Jones and is denied as to plaintiff James.  It is further ORDERED that the action filed
under **Docket # 03-cv-6437** is dismissed and the Clerk of this Court is directed to close the file
maintained in this matter.

        ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by
forwarding a copy hereof to all parties.

DATED:        Brooklyn, New York
              September 22, 2005
                                        _____/s/_____
                                             DORA L. IRIZARRY
                                           United States District Judge